# EXHIBIT 1

[redacted]

EXHIBIT 1

[redacted]

April 14, 2025

MARK CAMPLESE
[redacted]

Dear Mark,

The Hertz Corporation, on behalf of Hertz, Dollar and Thrifty brands (collectively, "Hertz," "we," or "us"), is writing to notify you about an event involving Cleo Communications US, LLC ("Cleo"), a vendor of Hertz, that may have impacted the personal information of certain individuals, including you. This notice provides details about the event, measures we have taken in response, and additional steps you can take to help protect your personal information, if you feel it is necessary to do so.

**What Happened?** Cleo is a vendor that provides a file transfer platform used by Hertz for limited purposes. On February 10, 2025, we confirmed that Hertz data was acquired by an unauthorized third party that we understand exploited zero-day vulnerabilities within Cleo's platform in October 2024 and December 2024. Hertz immediately began analyzing the data to determine the scope of the event and to identify individuals whose personal information may have been impacted.

**What Information Was Involved?** We completed this data analysis on April 2, 2025 and concluded that the personal information involved in this event may include your name, contact information, date of birth, driver's license information, and payment card information.

**What We Are Doing.** Hertz takes the privacy and security of personal information seriously. To that end, Hertz has confirmed that Cleo took steps to investigate the event and address the identified vulnerabilities. Hertz also reported this event to law enforcement and is in the process of reporting the event to relevant regulators. Further, out of an abundance of caution, Hertz has secured the services of Kroll to provide two years of identity monitoring services at no cost to you. You can visit [redacted] to activate and take advantage of your identity monitoring services. You have until **July 11, 2025** to activate your identity monitoring services. Your membership number is [redacted]

**What You Can Do.** While Hertz is not aware of any misuse of your personal information for fraudulent purposes, we encourage you, as a best practice, to remain vigilant to the possibility of fraud or errors by reviewing your account statements and monitoring free credit reports for any unauthorized activity and reporting any such activity.

**For More Information.** We understand that you may have questions about this event that are not addressed in this letter. If you have additional questions, please call (866) 408-8964, Monday through Friday, from 6:00 a.m. to 8:00 p.m. Central Time, excluding major U.S. holidays.

Sincerely,

The Hertz Corporation
8501 Williams Road
Estero, Florida 33928